## MARITIME INSURANCE.

Vos and GRAVES v. THE UNITED INSURANCE COMPANY, 1 C. C. E. p. vii.

*Breach of Warranty of Neutrality ; Sailing for Blockaded Port.*

IN this case the Supreme Court held that the mere *sailing* of a vessel for a port understood to be blockaded, was a breach of neutrality, and of itself sufficient to avoid the policy.·

But the Court of Errors *reversed* the judgment of the Supreme Court, holding that as by the law of nations, the mere *sailing for* a blockaded port, was not of itself just cause for condemning a neutral vessel and cargo, it was not such a breach of neutrality as to avoid a policy of insurance.